| | | |
|---|---|---|
| Washington School District | : | IN THE UNITED STATES DISTRICT |
| Plaintiff, | : | COURT FOR THE WESTERN DISTRICT |
| vs. | | |
| George Retos, Jr. | : | OF PENNSYLVANIA |
| United States of America | | |
| Defendants. | : | NO. 2:14-CV-00972-DSC |
| | : | CIVIL ACTION - IN REM |

**WRIT OF EXECUTION**
**(MONEY JUDGMENTS)**

TO THE UNITED STATES MARSHAL OF THE WESTERN DISTRICT OF PENNSYLVANIA:

To satisfy the judgment, interest, and costs against George Retos, Jr. and United States of America, Defendants, you are directed to levy upon the following real property of the Defendants and sell his interest therein: (Inquisition and exemption laws waived and condemnation agreed to)

| | |
|---|---|
| Judgment Amount | $ 51,755.02 |
| Interest from 2/8/12 to 6/2/16, at a rate of $7.72 | $ $12,182.16 |
| Interest from 6/3/16 to 11/14/17, at a rate of $5.12 | $ 2,714.74 |
| Credit/Payment received | $ (10,000.00) |
| TOTAL AMOUNT DUE | $ 56,651.92 |

*Plus Interest from 11/15/17, at a rate of 10% per annum, $5.12 per diem.

103 Lemoyne Avenue, Washington, Pennsylvania 15301
Tax Parcel No. 290-001-00-02-0019-00

Date: November 30, 2017         BY: s/ Joshua C. Lewis
                                    Clerk

                                Per: s/ Marissa Olean
                                     Deputy Clerk